UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RHONDA LANNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:11-0217 |
| ) | Judge Campbell/Bryant |
| TENNESSEE PRISON FOR WOMEN, ) | **Jury Demand** |
| et al., ) | |
| ) | |
| Defendants. ) | |

### O R D E R

By letter dated May 24, 2012 (Docket Entry No. 60), received by the Clerk on June 1, 2012, the Tennessee Prison For Women has suggested on the record the death of plaintiff Rhonda Lanning on May 22, 2012.

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, a motion for substitution of parties may be made within ninety (90) days of the date of this order by any party or by the decedent's successor or representative. Pursuant to this rule, if no motion for substitution of parties is filed by September 4, 2012, this action must be dismissed.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge